# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO.: 5:06CR36

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>**Plaintiff,** )<br>vs. )<br>)     **ORDER**<br>**FOREST WAYNE SMITH,** )<br>**Defendant.** )<br>) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten motion, dated November 14, 2006, from the Defendant, Forest Wayne Smith (Document No. 178). In the motion, Mr. Smith, who is currently in custody, asks for a bond hearing.

The record reflects that Mr. Smith is represented by appointed counsel, Steven T. Meier. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Smith has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Smith's request for a bond hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Meier.

The Clerk of Court is directed to send a copy of the motion to Mr. Meier along with his copy of this Order.

Signed: November 16, 2006

David C. Keesler
United States Magistrate Judge